**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 22, 2019

Jane Doe
P.O. Box 230721
Grand Rapids, MI 49523

Re:  Case No. 19-1566, *Jane Doe v. Ben Carson, et al*
Originating Case No.: 1:18-cv-01231

Dear Ms. Doe,

   The briefing schedule for this case is listed below. The brief gives you the opportunity to present your issues to the court in your own words.  You may follow these requirements or use the simplified briefing form which is enclosed.  Your brief is considered timely if it is mailed to the clerk by first-class mail, or dispatched to a commercial carrier for delivery to the clerk within three days, or received in the court by the filing date indicated below.  *See* Fed. R. App. P. 25(a)(2)(B).  If the brief is filed late, the case is at risk of being dismissed for want of prosecution.

            Appellant's Brief          1 signed original
                                       Limit of 30 pages or 13,000 words
                                       Filed by **July 5, 2019**

   Citations in your brief to the lower court record must include (i) a **brief** description of the document, (ii) the record entry number and (iii) the "**Page ID** #" for the relevant pages.  When citing a sealed document to which counsel has been denied access to the paginated version in the

lower court, please refer to the docket entry number and the page number of the document, e.g., Sealed RE 25, page 3. Consult 6 Cir. R. 28(a)(1).

| | |
|---|---|
| Appellee's Brief<br>Appendix (if required by<br>  6 Cir. R. 30(a) and (c)(2)) | Filed electronically by **August 6, 2019** |
| Appellant's Reply Brief<br>(Optional Brief) | If multiple appellee briefs are filed, only one reply brief may be filed by appellants. The reply brief is due no later than **24** days after the last appellee brief is filed. |

    For most appeals, the Court will access directly the electronic record in the district court. However, to determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

    If you still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief.

                                                     Sincerely,

                                                     s/Antoinette Macon<br>
                                                     Case Manager<br>
                                                     Direct Dial No. 513-564-7015

Cc:  Mr. Erik Alwyn Graney<br>
       Ms. Jeanne Frances Long

Enclosure