No. 19-1566

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 01, 2019
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|    Plaintiff-Appellant, | ) |
| | ) |
| v. | )   O R D E R |
| | ) |
| BEN CARSON, as Executive Director, U.S. Department of Housing and Urban Development, et al., | ) ) ) ) |
| | ) |
|    Defendants-Appellees. | ) |

Before: GILMAN, GIBBONS, and THAPAR, Circuit Judges.

Jane Doe appeals the denial of her motion to proceed anonymously with her *pro se* action under the Americans with Disabilities Act. She moves to stay the proceedings in the district court pending her appeal. On May 30, 2019, the district court dismissed the action for lack of jurisdiction. Doe's appeal from the dismissal is pending as Case No. 19-1714. As a result of the dismissal of the action below, Doe's motion for a stay is moot. *See Church of Scientology of Cal. v. United States*, 506 U.S. 9, 12 (1992).

Accordingly, the motion for a stay of the district court proceedings pending appeal is **DENIED** as moot.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk