No. 19-1566

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jan 08, 2020
DEBORAH S. HUNT, Clerk

JANE DOE,                                                    )
                                                             )
    Plaintiff-Appellant,                                     )
                                                             )
v.                                                           )     O R D E R
                                                             )
BEN CARSON, as Executive Director, U.S.                      )
Department of Housing and Urban Development, et              )
al.,                                                         )
                                                             )
    Defendants-Appellees.                                    )

    Jane Doe, a Michigan litigant proceeding pro se, appeals the district court's denial of her motion to retain her anonymity. Doe moves this court for leave to proceed in forma pauperis on appeal. *See* Fed. R. App. P. 24(a)(5).

    Doe seeks appellate review of non-frivolous issues. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the court **GRANTS** Doe's motion for leave to proceed in forma pauperis. The clerk's office is directed to consolidate this case with Doe's related appeal, No. 19-1714, for briefing and submission and to issue a briefing schedule upon consolidation.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk